# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

               v.                                    **Crim. No. 5:22-CR-163-1M**

**ANIL RATHORE**

On June 15, 2021, the above named was released from prison and commenced a term of supervised release for a period of 72 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                             I declare under penalty of perjury that the foregoing is true and correct.

                                             /s/Timothy L. Gupton
                                             Timothy L. Gupton
                                             Senior U.S. Probation Officer
                                             310 New Bern Avenue, Room 610
                                             Raleigh, NC 27601-1441
                                             Phone: 919-861-8686
                                             Executed On: July 1, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   **3d**   day of   **July**  , 2024.

                                               Richard E. Myers II
                                               Chief United States District Judge